**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PETER MAIRA,

    Plaintiff,

v.                                          CASE NO.: 8:18-cv-00535-MSS-AAS

WELLS FARGO BANK, N.A.

    Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

    COMES NOW, Plaintiff Peter Maira and Defendant Wells Fargo Bank, N.A., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

    Respectfully submitted on October 31, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ John S. Gibbs, III* |
| Heather H. Jones, Esq. | David M. Gettings, Esq. (Pro Hac Vice) |
| Florida Bar No.: 0118974 | John S. Gibbs, III, Esq. |
| William "Billy" Peerce Howard, Esq. | Florida Bar No.: 91102 |
| Florida Bar No.: 0103330 | TROUTMAN SANDERS LLP |
| THE CONSUMER PROTECTION FIRM, PLLC | 600 Peachtree Street NE |
| 4030 Henderson Blvd. | Atlanta, GA 30308 |
| Tampa, FL 33629 | Tel: (404) 885-3093 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | Fax: (404) 885-3900 |
| Heather@TheConsumerProtectionFirm.com | Dave.gettings@troutman.com |
| Billy@TheConsumerProtectionFirm.com | Evan.gibbs@troutman.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |